HILL, BETTS & NASH LLP
*Attorneys for Defendants*
*ROYAL CARIBBEAN CRUISES LTD.*
*And ROYAL CARIBBEAN*
*INTERNATIONAL*
200 Liberty Street 26th Floor
One World Financial Center
New York, NY 10281
(212) 839-7000

## IN THE UNITED STATED SISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN LATRONICA and<br>MICHAEL LATRONICA<br>Plaintiffs,<br><br>vs.<br><br>ROYAL CARIBBEAN CRUISES LTD.,<br>et als<br><br>Defendants. | CIVIL ACTION NO.:<br>2:09-CV-06148-PGS-ES<br><br>CONSENT ORDER TO VACATE<br>DEFAULT |

This matter being opened to the court by Gordon Arnott, Esq., of the law firm Hill Betts & Nash, LLP attorneys for Defendants Royal Caribbean Cruises, LTD, and Royal Caribbean International, for an order vacating default., and the attorney for the Plaintiffs consenting thereto and it appearing that a default has been entered in this matter, caused by excusable neglect on the part of the Defendant and/or improper service of the Summons and Complaint by Plaintiff, and the Court having considered good cause appearing;

It is on this ___1st___ day of ~~February~~ March, 2010;

**ORDERED** that the default entered in this matter against Defendants, Defendants Royal Caribbean Cruises, LTD, and Royal Caribbean International, be and hereby is vacated; and

**IT IS FURTHER ORDERED** that Defendants' counsel Hill Betts & Nash LLP is deemed to have accepted service of Plaintiffs Second Amended Complaint and will file a response to same within ~~24 hours~~ 2 days of entry of this Order;

{NY063041.2}

IT IS FURTHER ORDERED that a copy of this Order must be served upon the attorneys for all parties within 10 days.

*[Signature]*

The undersigned hereby consent to the form and entry of the within Order.

| | |
|---|---|
| SEIDMAN & PINCUS, LLC.<br>Attorneys for Plaintiffs,<br>Susan and Michael Latronica | HILL, BETTS & NASH LLP<br>Attorneys for Defendants<br>Defendants Royal Caribbean Cruises, LTD,<br>and Royal Caribbean International. |
| By: /s/ Mitchell B. Seidman<br>Mitchell B. Seidman, Esq. | By: /s/ Gordon Arnott<br>Gordon Arnott, Esq. |
| Dated: February 23, 2010 | Dated: February 23, 2010 |

{NY063041.2}