*Law Offices of*
**JONATHAN R. WESTPY**
100 Eagle Rock Avenue
East Hanover, NJ  07936
Telephone (973) 526-3700
Fax (973) 884-8784

*Employees of a Subsidiary of The Hartford Financial Services Group, Inc.*

**Jonathan R. Westpy**

| | |
|---|---|
| **Deirdre M. Dennis** | **Edward S. Tucker** |
| **Edward G. Fattell** | **Randall S. Bruckman** |
| **Rustine Tilton** | **Kathleen A. Oates-Nies** |
| **Venus Trifari** | **J. R. Peter Wilson** |

July 26, 2010

Hon. Esther Sales
US Magistrate Judge
MLK Federal Building
50 Walnut Street
Newark, NJ  07102

Mitchell B. Seidman, Esq.
Seidman & Pincus, LLC
777 Terrace Avenue
Hasbrouck Heights, New Jersey 07604

Richard Bortnick, Esq.
Cozen O'Connor, PC
200 Four Falls Corporate Center, Suite 400
West Conshohocken, PA 19428

Eric M. Underriner, Esq.
Hill, Betts & Nash, LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY  10281

Re:   **LATRONICA V. ROYAL CARIBBEAN CRUISES**
      Case file no. 09-cv-6148

Dear Judge Sales and Counsel:

Pursuant to the Initial Disclosure requirement of Rule 26 of the Federal Rules of Civil Procedures, defendant Jerdon Products, LLC provides the following *supplemental* disclosure:

**B.   A copy of or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody or control of the party that may be relevant to disputed facts alleged with particularity in the pleadings.**

>See attached seven (7) pages of purchase orders showing purchase of model JHD14T hair dryers from Oriental Universe of Hong Kong.  Oriental Universe is accordingly identified as the manufacturer of the hair dryer alleged by plaintiff to have been hazardous and/or defective.

1

-2-

Defendant Jerdon Products, LLC reserves the right to amend this disclosure statement should additional documents become available.

Very truly yours,

*/s/ Deirdre M. Dennis*

DEIRDRE M. DENNIS
Direct dial:  (973) 526-3702
E-mail:  Deirdre.Dennis@thehartford.com

DMD:br

cc:  A. Thompson/Shelton/YRVL63030