

120 Lakeview Parkway
Vernon Hills, IL
60061

# Purchase Order

TO:

ORIENTAL UNIVERSE
12/F, RM 1-3, TECHNOLOGY PLAZA,
29-35 SHA TSUI RD
TSUEN WAN
HONG KONG

SHIP TO:

VH WAREHOUSE OF
120 LAKEVIEW PARKWAY
VERNON HILLS IL  60061

FAX: 852-2415-1040

| VENDOR NO. | SHIP VIA | COL. | FFC | DATE REQUIRED | F.O.B. | PAGE | DATE OF ORDER | ORDER NO. |
|---|---|---|---|---|---|---|---|---|
| PJ0060 | BEST | | XX | | ORIGIN | 1 | Jan 25,05 | 23582 |

| TERMS | CONTACT | BUYER | KEY |
|---|---|---|---|
| WIRE TRANSFER | ERIC SO/ELAINE CHIM | | |

| QUANTITY | ITEM | DESCRIPTION | UNIT PRICE | P/M | DISC % | AMOUNT |
|---|---|---|---|---|---|---|
| 2,004 | JHD14T | JERDON 1400W DRAW.DRYER-P | 5.20 | EA | | 10,420.80 |
| | | Instructions | | | | |
| | | PLEASE CONFIRM BEST POSSIBLE SHIP DATE. | | | | |

TOTAL   10,420.80

SIGNATURE  *Mary Arbagenoski*  1/25/05

# FOCUS PRODUCTS GROUP LLC

120 Lakeview Parkway
Vernon Hills, IL 60061

# Purchase Order

**To** ORIENTAL UNIVERSE
12/F, RM 1-3, TECHNOLOGY PLAZA,
29-35 SHA TSUI RD
TSUEN WAN
HONG KONG

**Ship to** VH WAREHOUSE OF
FOCUS PRODUCTS GROUP
120 LAKEVIEW PARKWAY
VERNON HILLS IL  60061

Fax #: 852-2415-1040

| Vendor | Ship Via | Coll | PPD | Date Required | F.O.B. | Order Date | Order |
|---|---|---|---|---|---|---|---|
| PJ0060 | BEST | | XX | 10/09/06 | ORIGIN | 07/24/06 | 28387 |

| Terms | Contact | Buyer | Revision |
|---|---|---|---|
| WIRE TRANSFER | ERIC SO/ELAINE CHIM | GS1 | 1 |

| Quantity | Item | Description | Unit Price | U/M | Disc. % | Amount |
|---|---|---|---|---|---|---|
| 4,800 | JHD71B | 1600W MICRO DRYER, BLACK | 4.50 | EA | | 21,600.00 |
| 3,000 | JHD71W | 1600W MICRO DRYER, WHITE | 4.50 | EA | | 13,500.00 |
| 2,004 | JHD14T | JERDON 1400W DRAW.DRYER-P | 5.86 | EA | | 11,743.44 |

Instructions
AUGUST 14, 2006 - PO REVISED
JHD14T PRICE REVISED TO $5.86 PER UNIT

Total     46,843.44

Signature

Page 1 of 1



**FOCUS** PRODUCTS GROUP LLC

120 Lakeview Parkway
Vernon Hills, IL 60061

# Purchase Order

To  ORIENTAL UNIVERSE
12/F, RM 1-3, TECHNOLOGY PLAZA,
29-35 SHA TSUI RD
TSUEN WAN
HONG KONG

Ship to  VH WAREHOUSE OF
FOCUS PRODUCTS GROUP
120 LAKEVIEW PARKWAY
VERNON HILLS IL 60061

Fax #:  852-2415-1040

| Vendor | Ship Via | Coll | PPD | Date Required | F.O.B. | Order Date | Order |
|---|---|---|---|---|---|---|---|
| PJ0060 | BEST | | XX | 07/25/07 | ORIGIN | 03/26/07 | 30357 |

| Terms | Contact | Buyer | Revision |
|---|---|---|---|
| WIRE TRANSFER | ERIC SO/ELAINE CHIM | GS1 | 1 |

| Quantity | Item | Description | Unit Price | U/M | Disc. % | Amount |
|---|---|---|---|---|---|---|
| 2,004 | JHD14T | JERDON 1400W DRAW.DRYER-P | 5.86 | EA | | 11,743.44 |
| 2,004 | JHD63 | 1600W DRYER W/CADDY | 7.50 | EA | | 15,030.00 |

Instructions
APRIL 10, 2007 -- PO REVISED
UNIT PRICE REVISED TO $7.50 EACH

THIS PURCHASE ORDER IS SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH ON THE FACE AND REVERSE SIDES, AND ACCEPTANCE MAY BE MADE ONLY ON THE TERMS HEREOF

Total    26,773.44

Signature

Page 1 of 1

# Purchase Order

**FOCUS PRODUCTS GROUP LLC**
120 Lakeview Parkway
Vernon Hills, IL 60061

**To** ORIENTAL UNIVERSE
12/F, RM 1-3, TECHNOLOGY PLAZA,
29-35 SHA TSUI RD
TSUEN WAN
HONG KONG

**Ship to** VH WAREHOUSE OF
FOCUS PRODUCTS GROUP
120 LAKEVIEW PARKWAY
VERNON HILLS IL 60061

Fax #: 852-2415-1040

| Vendor | Ship Via | Coll | PPD | Date Required | F.O.B. | Order Date | Order |
|---|---|---|---|---|---|---|---|
| PJ0060 | BEST | | XX | 08/15/07 | ORIGIN | 05/21/07 | 30757 |

| Terms | Contact | Buyer | Revision |
|---|---|---|---|
| WIRE TRANSFER | ERIC SO/ELAINE CHIM | GS1 | |

| Quantity | Item | Description | Unit Price | U/M | Disc. % | Amount |
|---|---|---|---|---|---|---|
| 2,004 | JHD14T | JERDON 1400W DRAW.DRYER-P | 5.86 | EA | | 11,743.44 |
| 2,400 | JHD63 | 1600W DRYER W/CADDY | 7.50 | EA | | 18,000.00 |

Instructions
please confirm receipt and advise
best ship date

THIS PURCHASE ORDER IS SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH ON THE FACE AND REVERSE SIDES, AND ACCEPTANCE MAY BE MADE ONLY ON THE TERMS HEREOF

**Total** 29,743.44

Signature

Page 1 of 1



120 Lakeview Parkway
Vernon Hills, IL 60061

# Purchase Order

To **ORIENTAL UNIVERSE**
12/F, RM 1-3, TECHNOLOGY PLAZA,
29-35 SHA TSUI RD
TSUEN WAN
HONG KONG

Ship to **VH WAREHOUSE OF**
FOCUS PRODUCTS GROUP
120 LAKEVIEW PARKWAY
VERNON HILLS IL 60061

Fax #: 852-2415-1040

| Vendor | Ship Via | Coll | PPD | Date Required | F.O.B. | Order Date | Order |
|---|---|---|---|---|---|---|---|
| PJ0060 | BEST | | XX | 11/10/08 | ORIGIN | 08/27/08 | 36887 |

| Terms | Contact | Buyer | Revision |
|---|---|---|---|
| WIRE TRANSFER | ERIC SO/ELAINE CHIM | GS1 | 1 |

| Quantity | Item | Description | Unit Price | U/M | Disc. % | Amount |
|---|---|---|---|---|---|---|
| 2,004 | JHD14T | JERDON 1400W DRAW.DRYER-P | 7.15 | EA | | 14,328.60 |
| 3,600 | JHD41W | 1600W MICRO WALL MTD DRYE | 6.55 | EA | | 23,580.00 |

Instructions
MUST SHIP 30 DAYS PRIOR TO DATE REQUIRED

SEPT 3, 2008 - UNIT PRICE REVISED TO
$7.15 ON MODEL JHD14T

THIS PURCHASE ORDER IS SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH ON THE FACE AND REVERSE SIDES, AND ACCEPTANCE MAY BE MADE ONLY ON THE TERMS HEREOF

Total   37,908.60

Signature

Page 1 of 1

# FOCUS PRODUCTS GROUP LLC

120 Lakeview Parkway
Vernon Hills, IL 60061

# Purchase Order

To  **ORIENTAL UNIVERSE**
12/F, RM 1-3, TECHNOLOGY PLAZA,
29-35 SHA TSUI RD
TSUEN WAN
HONG KONG

Ship to  **VH WAREHOUSE OF**
FOCUS PRODUCTS GROUP
120 LAKEVIEW PARKWAY
VERNON HILLS IL 60061

Fax #:  852-2415-1040

| Vendor | Ship Via | Coll | PPD | Date Required | F.O.B. | Order Date | Order |
|---|---|---|---|---|---|---|---|
| PJ0060 | BEST | | XX | 02/02/09 | ORIGIN | 09/30/08 | 37338 |

| Terms | Contact | Buyer | Revision |
|---|---|---|---|
| WIRE TRANSFER | ERIC SO/ELAINE CHIM | GS1 | 1 |

| Quantity | Item | Description | Unit Price | U/M | Disc. % | Amount |
|---|---|---|---|---|---|---|
| 3,600 | JHD71W | 1600W MICRO DRYER, WHITE | 6.00 | EA | | 21,600.00 |
| 3,000 | JHD63 | 1600W DRYER W/CADDY | 8.60 | EA | | 25,800.00 |
| 2,400 | JHD41W | 1600W MICRO WALL MTD DRYER, WHITE | 6.55 | EA | | 15,720.00 |
| 2,400 | JHD14T | JERDON 1400W DRAW.DRYER-PLUG I | 7.15 | EA | | 17,160.00 |

Instructions
MUST SHIP JANUARY 2, 2009 FROM CHINA

PLEASE CONFIRM ACCEPTANCE.

THIS PURCHASE ORDER IS SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH ON THE FACE AND REVERSE SIDES, AND ACCEPTANCE MAY BE MADE ONLY ON THE TERMS HEREOF

Total    80,280.00

*Signature*

# P/O - Line

Item JHD14T  
P/O  
Vendor  
Quantity to Receive  
Quantity Received  
Records 1-8 of 8

Receipt Date  
Warehouse VH,WPP  
Vendor Item  
Buyer  
Organization FP

| Vendor | P/O | Requested | Requested | Line Number | Item | Vendor Description | Line Status | Quantity Ordered in Purchasing UOM | Unit Cost | Quantity Received in Purchasing UOM | In-Transit P/O Quantity | Warehouse | Drop Shipment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PJ0000 | 23400 | 01/07/2005 | 01/07/2005 | 36 | JHD14T | JERDON 1400W DRAW.DRYER-PLUG I | 2 - Finished | 154.000 | 5.66 | 154.000 | 0.000 | VH | No |
| PJ0000 | 23016 | 11/30/2004 | 11/30/2004 | 8 | JHD14T | JERDON 1400W DRAW.DRYER-PLUG I | 2 - Finished | 1,320.000 | 5.66 | 1,320.000 | 0.000 | VH | No |
| PJ0060 | 37338 | 02/02/2009 | 02/02/2009 | 4 | JHD14T | JERDON 1400W DRAW.DRYER-PLUG I | 2 - Finished | 2,400.000 | 7.15 | 2,400.000 | 0.000 | VH | No |
| PJ0060 | 36887 | 11/10/2008 | 12/12/2008 | 1 | JHD14T | JERDON 1400W DRAW.DRYER-PLUG I | 2 - Finished | 2,004.000 | 7.15 | 2,004.000 | 0.000 | VH | No |
| PJ0060 | 30757 | 08/15/2007 | 08/15/2007 | 1 | JHD14T | JERDON 1400W DRAW.DRYER-PLUG I | 2 - Finished | 2,004.000 | 5.86 | 2,004.000 | 0.000 | VH | No |
| PJ0060 | 30357 | 07/25/2007 | 07/25/2007 | 1 | JHD14T | JERDON 1400W DRAW.DRYER-PLUG I | 2 - Finished | 2,004.000 | 5.86 | 2,004.000 | 0.000 | VH | No |
| PJ0060 | 28387 | 11/09/2006 | 10/09/2006 | 3 | JHD14T | JERDON 1400W DRAW.DRYER-PLUG I | 2 - Finished | 2,004.000 | 5.86 | 2,004.000 | 0.000 | VH | No |
| PJ0060 | 23582 | 06/01/2005 | 06/01/2005 | 1 | JHD14T | JERDON 1400W DRAW.DRYER-PLUG I | 2 - Finished | 2,004.000 | 5.20 | 2,004.000 | 0.000 | VH | No |
| | | | | | | | | 13,894.000 | 48.40 | 13,894.000 | 0.000 | | |