

# COZEN
# O'CONNOR

A PROFESSIONAL CORPORATION

SUITE 400   FOUR FALLS CORPORATE CENTER   P.O. BOX 800   WEST CONSHOHOCKEN, PA 19425-0800
610.941.5400   800.379.0695   610.941.0711 FAX   www.cozen.com

September 30, 2010

**VIA E-FILING AND FIRST CLASS MAIL**

**Richard J. Bortnick**
Direct Phone  610.832.8357
Direct Fax   215.701.2351
rbortnick@cozen.com

The Honorable Peter G. Sheridan
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Susan Latronica et al. v. Royal Caribbean Cruises, Ltd. et al.*
      Civil Action No. 2:09-cv-06148-PGS-ES

Dear Judge Sheridan:

This firm represents Defendant/Cross-Claimant Elec-Tech International Co. Ltd. ("Elec-Tech") in connection with the above matter. We forward this correspondence respectfully requesting that Elec-Tech be dismissed from this case with prejudice.

Your Honor may recall that this is the case where the Plaintiff, Susan Latronica, has alleged that she was injured by a hair dryer she was utilizing while on a cruise to the Caribbean on June 21, 2007. Upon information and belief, the manufacturer and distributor of the subject hair dryer were initially unknown and thus the initial Civil Action Complaint named the distributor and manufacturer as John Doe Defendants. Subsequently, Defendants Royal Caribbean Cruises, Ltd. and Royal Caribbean Cruises International (collectively "Royal Caribbean") allegedly identified the distributor of the subject hair dryer as Jerdon Products, LLC ("Jerdon"). A First Amended Complaint was filed to accomplish the identification of Jerdon as the distributor John Doe Defendant. Thereafter, Jerdon identified Elec-Tech as the manufacturer of the subject hair dryer. Accordingly, a Second Amended Complaint was then filed identifying Elec-Tech as the John Doe Defendant which was the manufacturer of the subject hair dryer.

Jerdon later withdrew its assertion that Elec-Tech was the manufacturer of the subject hair dryer, and confirmed same via amended interrogatory answers and documents. In these materials, Jerdon advised that Elec-Tech, in fact, was *not* the manufacturer of the subject hair

The Honorable Peter G. Sheridan
September 30, 2010
Page 2

---

dryer, but that, instead, the true manufacturer was Oriental Universe. Accordingly, Jerdon has served sworn assertions in its interrogatory answers, and supplied documentation, confirming that the true manufacturer of the subject hair dryer is Orient Universe and not Elec-Tech.

In light of this disclosure, Elec-Tech circulated a Stipulation to Dismiss Elec-Tech, with prejudice, which all parties have executed. A copy of the executed Stipulation to Dismiss is enclosed herewith.

Based on the foregoing, Elec-Tech respectfully requests that the enclosed form of Order be entered, dismissing Elec-Tech (a wrongly named party), only, from this matter.

Thank you for your consideration.

Sincerely,

COZEN O'CONNOR

By:    Richard J. Bortnick

RJB/gd
Enclosure

cc:    Magistrate Judge Esther Salas
       Deirdre M. Dennis, Esquire
       Mitchell B. Seidman, Esquire
       Eric M. Underriner, Esquire

**COZEN O'CONNOR**
A Pennsylvania Professional Corporation
By: Richard J. Bortnick
Suite 300 Liberty View
457 Haddonfield Road
P.O. Box 5459
Cherry Hill, NJ 08002-2220
*Attorneys for Defendant, Elec-Tech International Co. Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN LATRONICA and MICHAEL LATRONICA, | : |
| | : |
| Plaintiffs, | : CIVIL ACTION NO.: |
| | : 2:09-cv-06148-PGS-ES |
| v. | : |
| | : STIPULATION TO DISMISS |
| | : DEFENDANT/CROSS-CLAIMANT |
| | ELEC-TECH INTERNATIONAL CO., LTD |
| ROYAL CARIBBEAN CRUISES, LTD., ROYAL CARIBBEAN INTERNATIONAL, JERDON PRODUCTS, LLC, ELEC-TECH INTERNATIONAL CO. LTD., JOHN DOE DEFENDANT #4, JOHN DOE DEFENDANT #5, and JOHN DOE DEFENDANTS #6 THROUGH #15, | : |
| Defendants. | : |

IT IS HEREBY STIPULATED AND AGREED, by all parties appearing herein, through their respective undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and (c), all claims, cross claims and third party claims set forth in the above captioned matter are hereby dismissed with prejudice as to Defendant/Cross-Claimant Elec-Tech International Co. Ltd., only.

_____
Mitchell B. Seidman, Esquire
Seidman & Pincus, LLC
777 Terrace Ave., Fifth Floor
Hasbrouck Heights, NJ  07604
ms@seidmanllc.com
*Attorneys for Plaintiffs Susan Latronica*
*And Michael Latronica*

Dated August 30, 2010

_____
Deirdre M. Dennis, Esquire
Law Offices of Jonathan R. Westpy
100 Eagle Rock Avenue
East Hanover, NJ  07936
Deirdre.dennis@thehartford.com
*Attorneys for Defendant Jerdon Products,*
*LLC*

Dated Sept. 10, 2010

_____
Eric M. Underriner, Esquire
Hill, Betts & Nash LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY  10281
emu@underrinerlaw.com
*Attorneys for Defendants*
*Royal Caribbean Cruises, Ltd.,*
*and Royal Caribbean International, Ltd.*

Dated Sep 20, 2010

_____
Richard J. Bortnick, Esquire
Cozen O'Connor, P.C.
Suite 300 Liberty View
457 Haddonfield Road
P.O. Box 5459
Cherry Hill, NJ 08002-2220
rbortnick@cozen.com
*Attorneys for Defendant, Elec-Tech*
*International Co. Ltd.*

Dated September 29, 2010

W_CONSHOHOCKEN\684433\1 254853.000

**COZEN O'CONNOR**
A Pennsylvania Professional Corporation
By: Richard J. Bortnick
Suite 300 Liberty View
457 Haddonfield Road
P.O. Box 5459
Cherry Hill, NJ 08002-2220
*Attorneys for Defendant, Elec-Tech International Co. Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN LATRONICA and MICHAEL LATRONICA, | : |
| Plaintiffs, | : **CIVIL ACTION NO.:** |
| | : **2:09-cv-06148-PGS-ES** |
| v. | : |
| ROYAL CARIBBEAN CRUISES, LTD., ROYAL CARIBBEAN INTERNATIONAL, JERDON PRODUCTS, LLC, ELEC-TECH INTERNATIONAL CO. LTD., JOHN DOE DEFENDANT #4, JOHN DOE DEFENDANT #5, and JOHN DOE DEFENDANTS #6 THROUGH #15, | : |
| Defendants. | : |

## **ORDER**

AND NOW, this ____ day of _____, 2010, upon consideration of the parties' Stipulation to Dismiss Defendant/Cross-Claimant Elec-Tech International Co., Ltd. ("Stipulation"), it is hereby **ORDERED** and **DIRECTED** that the parties' Stipulation is **APPROVED** as follows:

All claims, cross claims and third party claims set forth in the above captioned matter are hereby dismissed, with prejudice, as to Defendant/Cross-Claimant Elec-Tech International Co. Ltd., only.

BY THE COURT:

_____
JUDGE

## CERTIFICATE OF SERVICE

Richard Bortnick, of full age, declares under penalty of perjury:

On September 30, 2010, a copy of the Stipulation to Dismiss Defendant/Cross-Claimant Elec-Tech International Co., Ltd., Proposed Order to Dismiss Defendant/Cross-Claimant Elec-Tech International Co. Ltd., and letter to the Court were served via Electronic Filing and U.S. Mail on counsel at the addresses listed below:

Mitchell B. Seidman, Esquire
Seidman & Pincus, LLC
777 Terrace Ave., Fifth Floor
Hasbrouck Heights, NJ  07604
ms@seidmanllc.com
*Attorneys for Plaintiffs Susan Latronica*
*And Michael Latronica*

Eric M. Underriner, Esquire
Hill, Betts & Nash LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, NY  10281
emu@underrinerlaw.com
*Attorneys for Defendants*
*Royal Caribbean Cruises, Ltd.,*
*and Royal Caribbean International, Ltd.*

Deirdre M. Dennis, Esquire
Law Offices of Jonathan R. Westpy
50 Millstone Road
Building 300, Suite 140
East Windsor, NJ  08520
Deirdre.dennis@thehartford.com
*Attorneys for Defendant Jerdon Products,*
*LLC*
2010