**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

October 14, 2010

### LETTER ORDER

Re:   Susan Latronica, et al. v. Royal Caribbean Cruises, et al.
        Civil Action No. 09-6148 (PGS)

Dear Counsel:

Please be advised that a telephone conference has been scheduled for **January 13, 2011 at 10:00 a.m.** Counsel for defendant, Jerdon Products shall initiate the call. Should you have any questions please call (973) 297-4887.

SO ORDERED.

*s/Esther Salas*
**Esther Salas, U.S.M.J**