# SEIDMAN & PINCUS, LLC

ATTORNEYS AT LAW

777 TERRACE AVENUE, FIFTH FLOOR
HASBROUCK HEIGHTS, NEW JERSEY 07604
(201) 473-0047   FAX: (201) 288-7009

MEMBERS:
MITCHELL B. SEIDMAN*
E-MAIL: ms@seidmanllc.com
ANDREW J. PINCUS*
E-MAIL: ap@seidmanllc.com

OF COUNSEL:
REENA FORST+
E-MAIL: rf@seidmanllc.com
PHYLLIS BARKER°
E-MAIL: pb@seidmanllc.com

ADMISSION:
* MEMBER OF NJ & NY BAR
+ MEMBER OF NJ, NY & DC BAR
° MEMBER OF NJ & CA BAR

October 15, 2010

**VIA E-FILING**
Magistrate Judge Esther Salas
Martin Luther King Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   Susan Latronica *et al.* vs. Royal Caribbean Cruises, Ltd. *et al.*
       Civil Action No. 2:09-cv-06148-PGS-ES

Dear Magistrate Judge Salas:

As Your Honor knows, we represent the Plaintiffs in this case. We write to confirm the following two aspects of the October 13, 2010 status conference call with Your Honor in this case:

- Once the new manufacturer defendant (Oriental Universe) appears in this case Your Honor will entertain an amended scheduling order addressing the dates for the service of affirmative expert reports, responsive expert reports, close of discovery, and any other dates which need to be addressed as a result of a new party appearing in the case; and

- If the Defendant Jerdon Products, LLC intends to rely on the IME/doctor's report of the Royal Caribbean Defendants then it should serve an amended interrogatory answer stating as such.

If the foregoing is consistent with Your Honor's understanding of the Octoer 13, 2010 conference call, then we ask that Your Honor "So Order" this letter accordingly. Thank you.

Respectfully yours,

Mitchell B. Seidman

MBS/tf
cc:   Eric Underriner, Esq. (via e-filing)
       Deidre Dennis, Esq. (via e-filing)

So Ordered
Esther Salas, U.S.M.J.
10/20/10

S:\Latronica, Susan\Ltr to Judge Salas 10-15-10.docx