# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

January 18, 2011

## LETTER ORDER

    **Re:**    **Susan Latronica, et al. v. Royal Caribbean Cruises, et al.**
              **Civil Action No. 09-6148 (PGS)**

Dear Counsel:

    Please be advised that a telephone conference has been scheduled for **April 14, 2011 at 10:30 a.m.** Plaintiff's counsel shall initiate the call. Should you have any questions please call (973) 297-4887.

    **SO ORDERED.**

                                    *s/Esther Salas*
                                    **Esther Salas, U.S.M.J**