# SEIDMAN & PINCUS, LLC
### ATTORNEYS AT LAW
777 TERRACE AVENUE, FIFTH FLOOR
HASBROUCK HEIGHTS, NEW JERSEY 07604
(201) 473-0047   FAX: (201) 288-7009

MEMBERS:
MITCHELL B. SEIDMAN*
E-MAIL: ms@seidmanllc.com
ANDREW J. PINCUS*
E-MAIL: ap@seidmanllc.com

OF COUNSEL:
REENA FORST+
E-MAIL: rf@seidmanllc.com
PHYLLIS BARKER°
E-MAIL: pb@seidmanllc.com

ADMISSION:
* MEMBER OF NJ & NY BAR
+ MEMBER OF NJ, NY & DC BAR
° MEMBER OF NJ & CA BAR

February 15, 2011

**VIA E-FILING**
Magistrate Judge Esther Salas
Martin Luther King Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Susan Latronica *et al.* vs. Royal Caribbean Cruises, Ltd. *et al.*
Civil Action No. 2:09-cv-06148-PGS-ES

Dear Magistrate Judge Salas:

As Your Honor knows, we represent the Plaintiffs in this case. Please recall that a status conference call was conducted with Your Honor on January 14, 2011. After that conference call we prepared a form of Order memorializing the rulings Your Honor made during the call. We circulated that form of Order to the two defense attorneys in this case (i.e. Eric Underriner, Esq. and Deirdre Dennis, Esq.) to obtain their consent to the form of the Order. The form of Order has been consented to by Mr. Underriner (and by the undersigned). Despite our efforts we have not been able to obtain a response from Ms. Dennis regarding whether she can or cannot consent to the form of Order. Accordingly, rather than waiting any longer to attempt to obtain Ms. Dennis' consent to the form, we are instead submitting the form of Order to Your Honor under the seven day rule. If Your Honor has no problems with the form and content of the Order then we ask that same be entered after seven days. Thank you.

Respectfully yours,

Mitchell B. Seidman

MBS/tf
Enclosure
cc: Deirdre Dennis, Esq. (via email and e-filing)
   Eric Underriner, Esq. (via email and e-filing)

Mitchell B. Seidman, Esq. (MS 0894)
**SEIDMAN & PINCUS, LLC**
777 Terrace Avenue, Fifth Floor
Hasbrouck Heights, New Jersey 07604
Phone: (201) 473-0047
Fax:     (201) 288-7009
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN LATRONICA and MICHAEL LATRONICA,<br><br>                                    Plaintiffs,<br><br>vs.<br><br>ROYAL CARIBBEAN CRUISES, LTD., ROYAL CARIBBEAN INTERNATIONAL, JERDON PRODUCTS, LLC, ELEC-TECH INTERNATIONAL CO. LTD, ORIENTAL UNIVERSE, JOHN DOE DEFENDANT #4, JOHN DOE DEFENDANT #5, and JOHN DOE DEFENDANTS #6 THROUGH #15,<br>                                    Defendants. | CIVIL ACTION NO. 2:09-cv-06148<br><br><br>**ORDER REGARDING SERVING ORIENTAL UNIVERSE AND AMENDING PRE-TRIAL <u>SCHEDULING ORDER</u>** |

This matter having been opened to the Court at a status conference call on January 14, 2011, and in connection with that status conference call Plaintiffs having made letter application for leave to file a motion to (i) have default entered against the Defendant Oriental Universe or, in the alternative, (ii) to extend the time to serve Defendant Oriental Universe under F.R.Civ.P.4 (the "Motion"), and the Court having considered Plaintiffs' letter application, the arguments of counsel, and the present May 6, 2011 pre-trial scheduling order (the "Scheduling Order") presently in place in this case, and good cause appearing for the entry of this Order,

**IT IS** on this _____ day of _____, 2011,

    1.    **ORDERED**, that Plaintiffs' application for leave to file its contemplated Motion be, and hereby is, denied.

2. **ORDERED,** that Plaintiffs shall simultaneously attempt to (i) have default entered against Defendant Oriental Universe in this case with the Clerk of the Court through ordinary means based upon the service of process Plaintiffs believe they have already effected on Defendant Oriental Universe, and (ii) simultaneously effect traditional foreign service of process on Oriental Universe under the Hague Convention.

3. **ORDERED,** that Plaintiffs may use the existing Summons issued by the Clerk of the Court directed to Oriental Universe in connection with its attempted service on Oriental under the Hague Convention.

4. **ORDERED,** that Plaintiffs' time to effect service of process on Defendant Oriental under the Hague Convention as set forth above under F.R.Civ.P. 4 is hereby extended by ten months from January 14, 2011.

5. **ORDERED,** that this Court's May 6, 2011 Pre-Trial Scheduling Order is hereby amended as follows:

- The parties shall have 90 days from January 14, 2011, or until April 14, 2011, to complete fact discovery in this case, and April 14, 2011 is the new fact discovery deadline in this case;

- The parties shall have 30 days from April 14, 2011, or until May 13, 2011, to serve affirmative liability expert reports in this case; and

- The parties shall have 30 days from May 13, 2011, or until June 13, 2011, to serve responding liability expert reports in this case.

6. **ORDERED,** that a status conference call shall take in place with the Court on April 14, 2011 at 10:30 a.m., Plaintiffs' counsel to initiate the call.

S:\Latronica, Susan\Order Servg Oriental Univ 1-28-11.doc

**CONSENT TO FORM:**

*/s/ MM*   1/28/11
_____   _____
Mitchell B. Seidman, Esq.       Dated
Seidman & Pincus, LLC
777 Terrace Avenue, Fifth Floor
Hasbrouck Heights, NJ 07604
Phone:  201-473-0047
Fax:    201-288-7009
*Attorneys for Plaintiffs*


**CONSENT TO FORM:**


_____   _____
Deirdre M. Dennis, Esq.         Dated
Law Offices of Jonathan R. Westpy
50 Millstone Road
Building 300, Suite 140
East Hanover, New Jersey 08520
Phone: 973-526-3700
Fax:  973- 884-8784
*Attorneys for Jerdon Products, LLC*


**CONSENT TO FORM:**


_____   _____
Eric Underriner, Esq.           Dated
Hill Betts & Nash, LLP
200 Liberty Street, 26th Floor
1 World Financial Center
New York, NY 10282
Phone: (212) 839-7000
Fax: (212) 466-0514
*Attorneys for Royal Caribbean Cruises
and Royal Caribbean International*


                              _____
                              Esther Salas      U.S.M.J.

3

**CONSENT TO FORM:**

_____
Mitchell B. Seidman, Esq.          Dated
Seidman & Pincus, LLC
777 Terrace Avenue, Fifth Floor
Hasbrouck Heights, NJ 07604
Phone: 201-473-0047
Fax:    201-288-7009
*Attorneys for Plaintiffs*

**CONSENT TO FORM:**

_____
Deirdre M. Dennis, Esq.          Dated
Law Offices of Jonathan R. Westpy
50 Millstone Road
Building 300, Suite 140
East Hanover, New Jersey 08520
Phone: 973-526-3700
Fax: 973- 884-8784
*Attorneys for Jerdon Products, LLC*

**CONSENT TO FORM:**

_____
Eric Underriner, Esq.          2/8/11 Dated
Hill Betts & Nash, LLP
200 Liberty Street, 26th Floor
1 World Financial Center
New York, NY 10282
Phone: (212) 839-7000
Fax: (212) 466-0514
*Attorneys for Royal Caribbean Cruises
and Royal Caribbean International*

_____
Esther Salas          U.S.M.J.

3