```
Receiver      : 19838                         Receipt Status    : Closed          D/S         : N
Receipt Date  : 11/13/2006                    Release Date      : 11/03/2006      Prepaid     : N
Container     : VH6517                        Container Type    : CONS            Reconcile   : Y
Reference     : CAXU6077298/APL JAPAN 102E    ASN Vendor        :
ASN           :                               Duty Vendor       : FI000005

Departure Port/Date : HK        10/15/2006
Location            : SEA       10/29/2006
Entry ETA           : CHI       11/10/2006

Warehouse              : VH          VH WAREHOUSE OF
WMS Receipt Number     : REC4603
```

| Item | P/O Number | Vendor | Purch UOM | In Transit | Unit Cost | Freight | Brokerage | Landed Cost | UOM |
|---|---|---|---|---|---|---|---|---|---|
| Description | | | Total Cube | Received | Extended Cost | Duty | Other | Landed Cost | |
| | | | Total Weight | Rejected | | | | | |
| JHD14T | 28387 | PJ0060 | EA | 2004.000 | 5.86 | 100.44 | 997.55 | 6.66 | |
| JERDON 1400W DRAW.DRYER-PLUG I | | | 249.338 | 2004.000 | 11,743.44 | 497.33 | 0.00 | 13,338.76 | |
| | | | 3607.200 | 0.000 | | | | | |
| Total for this receiver: | | | 249.338 | | | 100.44 | 997.55 | | |
| | | | 3607.200 | | 11,743.44 | 497.33 | 0.00 | 13,338.76 | |

Charges

| Vendor | Charge | Charge Amount | Type | Affect Landed Cost | Prepaid | Reconcile | Status | Accrued Domestic | Accrued Foreign |
|---|---|---|---|---|---|---|---|---|---|
| FI000005 | BROK | 997.55000 | $ | Y | N | Y | Closed | 997.55 | 0.00 |
| | BROKERAGE & OCEAN FREIGHT | | | | | | | | |
| FI000022 | FRT | 100.44000 | $ | Y | N | Y | Closed | 100.44 | 0.00 |
| | DOMESTIC FREIGHT | | | | | | | | |

End: Receiver List



| | 120 Lakeview Parkway<br>Vernon Hills, IL 60061 | CUSTOMER P/O NO.<br>21010691AD3 | |
|---|---|---|---|
| | | INVOICE NUMBER | TRANS DATE |
| | | 1848492 | 01/31/07 |

Remit To:
**Focus Products Group LLC**
1818 Paysphere Circle
Chicago, Il 60674

## INVOICE

**BILL TO:**   Acct #: H8359722
ROYAL CARIBBEAN CRUISES LTD
P.O. BOX 025545
MIAMI FL  33102
USA

**SHIPPED TO:**  Store #:
ROYAL CARRIBEAN LOGISTICS CENTER
2798 S.W. 32ND AVENUE
ADVENTURE OF THE SEAS
PEMBROKE PARK FL  33023
USA

| DUE DATE | TERMS | ORDER NO. | PPS NO. | SHIP VIA | SHIP DATE |
|---|---|---|---|---|---|
| 03/02/07 | NET 30 DAYS | 292701 | 452720 | FEDEX GROUND (Small Parc | 01/30/07 |

| LINE | CATALOG NUMBER, PRODUCT LINE/DESCRIPTION | ORDERED | SHIPPED | NET PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | JHD14T | 102 | 102 | 14.00 | 1,428.00 |
|   | JERDON 1400W DRAW.DRYER-PLUG I | | | | |
|   | FREIGHT CHARGES | | | | 92.99 |

This is the last page.

USD

| TOTAL | 1,520.99 |
|---|---|









PAGE:   1



**FOCUS PRODUCTS GROUP LLC**
120 Lakeview Parkway
Vernon Hills, IL 60061

| CUSTOMER P/O NO |  |
|---|---|
| 23008847NV1 |  |
| INVOICE NUMBER | TRANS DATE |
| 1848493 | 01/31/07 |

## INVOICE

Remit To:
**Focus Products Group LLC**
1818 Paysphere Circle
Chicago, Il 60674

**BILL TO:**  Acct #: H8359722
ROYAL CARIBBEAN CRUISES LTD
P.O. BOX 025545
MIAMI FL 33102
USA

**SHIPPED TO:** Store #:
ROYAL CARIBBEAN LOGISTICS CENTER
2798 S.W. 32ND AVENUE
NAVIGATOR OF THE SEAS
PEMBROKE PARK FL 33023
USA

| DUE DATE | TERMS | ORDER NO. | PPS NO. | SHIP VIA | SHIP DATE |
|---|---|---|---|---|---|
| 03/02/07 | NET 30 DAYS | 292705 | 452721 | FEDEX GROUND (Small Parc | 01/30/07 |

| LINE | CATALOG NUMBER, PRODUCT LINE/DESCRIPTION | ORDERED | SHIPPED | NET PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | JHD14T | 102 | 102 | 14.00 | 1,428.00 |
|  | JERDON 1400W DRAW.DRYER-PLUG I |  |  |  |  |
|  | FREIGHT CHARGES |  |  |  | 75.53 |

This is the last page.

| | USD |
|---|---|
| TOTAL | 1,503.53 |









PAGE: 1



120 Lakeview Parkway
Vernon Hills, IL 60061

| CUSTOMER P/O NO. | |
|---|---|
| 19013394EX1 | |
| INVOICE NUMBER | TRANS DATE |
| 1850875 | 02/08/07 |

Remit To:
**Focus Products Group LLC**
1818 Paysphere Circle
Chicago, Il 60674

# INVOICE

**BILL TO:**  Acct #: H8359722
ROYAL CARIBBEAN CRUISES LTD
P.O. BOX 025545
MIAMI FL  33102
USA

**SHIPPED TO:** Store #:
ROYAL CARIBBEAN LOGISTICS CENTER
2798 S.W. 32ND AVENUE
EXPLORER OF THE SEAS
PEMBROKE PARK FL  33023
USA

| DUE DATE | TERMS | ORDER NO. | PPS NO. | SHIP VIA | SHIP DATE |
|---|---|---|---|---|---|
| 03/10/07 | NET 30 DAYS | 294250 | 454662 | OLD DOMINION FRT. | 02/06/07 |

| LINE | CATALOG NUMBER, PRODUCT LINE/DESCRIPTION | ORDERED | SHIPPED | NET PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | JHD14T<br>JERDON 1400W DRAW.DRYER-PLUG I | 204 | 204 | 14.00 | 2,856.00 |

This is the last page.

USD

     

| TOTAL | 2,856.00 |
|---|---|

PAGE:  1



120 Lakeview Parkway
Vernon Hills, IL 60061

| CUSTOMER P/O NO. |  |
|---|---|
| 23009336NV1 |  |
| INVOICE NUMBER | TRANS DATE |
| 1878075 | 05/02/07 |

Remit To:
**Focus Products Group LLC**
1818 Paysphere Circle
Chicago, Il 60674

## INVOICE

**BILL TO:** Acct #: H8359722
ROYAL CARIBBEAN CRUISES LTD
P.O. BOX 025545
MIAMI FL 33102
USA

**SHIPPED TO:** Store #:
ROYAL CARIBBEAN CRUISES LTD
2798 S.W. 32ND AVE.
NAVIGATOR OF THE SEAS
PEMBROKE PARK FL 33023
USA

| DUE DATE | TERMS | ORDER NO. | PPS NO. | SHIP VIA | SHIP DATE |
|---|---|---|---|---|---|
| 06/01/07 | NET 30 DAYS | 316925 | 483161 | OLD DOMINION FRT. | 05/02/07 |

| LINE | CATALOG NUMBER, PRODUCT LINE/DESCRIPTION | ORDERED | SHIPPED | NET PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | JHD14T | 204 | 204 | 14.00 | 2,856.00 |
|  | JERDON 1400W DRAW.DRYER-PLUG I | | | | |

This is the last page.

USD

  

| TOTAL | 2,856.00 |
|---|---|

   

PAGE: 1



120 Lakeview Parkway
Vernon Hills, IL 60061

| CUSTOMER P/O NO. |  |
|---|---|
| 27002100FR1 | |
| INVOICE NUMBER | TRANS DATE |
| 1878440 | 05/03/07 |

Remit To:
**Focus Products Group LLC**
1818 Paysphere Circle
Chicago, Il 60674

# INVOICE

**BILL TO:** Acct #: H8359722
ROYAL CARIBBEAN CRUISES LTD
P.O. BOX 025545
MIAMI FL 33102
USA

**SHIPPED TO:** Store #:
ROYAL CARIBBEAN CRUISES LTD
2798 S.W. 32ND AVE.
FREEDOM OF THE SEAS
PEMBROKE PARK FL 33023
USA

| DUE DATE | TERMS | ORDER NO. | PPS NO. | SHIP VIA | SHIP DATE |
|---|---|---|---|---|---|
| 06/02/07 | NET 30 DAYS | 316959 | 483168 | UPS GROUND | 05/03/07 |

| LINE | CATALOG NUMBER, PRODUCT LINE/DESCRIPTION | ORDERED | SHIPPED | NET PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | JHD14T | 102 | 102 | 14.00 | 1,428.00 |
|  | JERDON 1400W DRAW.DRYER-PLUG I | | | | |
|  | SI SHIP UPS ACCOUNT 362E27 | | | | |

This is the last page.

| | USD |
|---|---|
| TOTAL | 1,428.00 |







PAGE: 1



120 Lakeview Parkway
Vernon Hills, IL 60061

| CUSTOMER P/O NO. | |
|---|---|
| 21011294-AD1 | |
| INVOICE NUMBER | TRANS DATE |
| 1878441 | 05/03/07 |

Remit To:
**Focus Products Group LLC**
1818 Paysphere Circle
Chicago, Il 60674

## INVOICE

**BILL TO:** Acct #: H8359722
ROYAL CARIBBEAN CRUISES LTD
P.O. BOX 025545
MIAMI FL 33102
USA

**SHIPPED TO:** Store #: 20002
ADVENTURE OF THE SEAS
CO: CONTINENTAL SHIPPING/PYLOS SVCS
156 SAN AGUSTIN
PUERTA DE TIERRA SAN JUAN 00901
PR

| DUE DATE | TERMS | ORDER NO. | PPS NO. | SHIP VIA | SHIP DATE |
|---|---|---|---|---|---|
| 06/02/07 | NET 30 DAYS | 317886 | 483836 | UPS GROUND | 05/03/07 |

| LINE | CATALOG NUMBER, PRODUCT LINE/DESCRIPTION | ORDERED | SHIPPED | NET PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | JHD14T | 102 | 102 | 14.00 | 1,428.00 |
| | JERDON 1400W DRAW.DRYER-PLUG I | | | | |
| | SM ADVENTURE OF THE SEAS | | | | |
| | SM ROYAL CARIBBEAN PO 21011294-AD1 | | | | |
| | SM PUERTO RICO | | | | |

This is the last page.

USD

| | TOTAL | 1,428.00 |
|---|---|---|

     

PAGE: 1



**A FOCUS PRODUCTS GROUP COMPANY**

120 Lakeview Parkway
Vernon Hills, IL 60061
EIN # 36-4460585

**INVOICE NUMBER**
1879539

Remit To:
**Focus Products Group LLC**
1818 Paysphere Circle
Chicago, Il 60674-1818

# ORIGINAL COMMERCIAL INVOICE

SOLD TO:
KLAKO INTERNATIONAL LIMITED
10A SEAPOWER INDUSTRIAL CENTRE
177 HOI BUN ROAD
KWON TONG KOWLOON
HONG KONG

SHIP TO:
KLAKO INTERNATIONAL LIMITED
10A SEAPOWER INDUSTRIAL CENTRE
177 HOI BUN ROAD
KWON TONG KOWLOON
HONG KONG

CUSTOMER #: H8238590   PAYMENT TERMS: WIRE TRANSFER   PAYMENT DUE DATE: 06/07/07

| CUSTOMER P/O NO. | TERMS OF SALE | PROFORMA ORDER NO. | PPS NO. | SHIP VIA | INVOICE DATE |
|---|---|---|---|---|---|
| EM413783 | FCA VERNON HILLS IL | 317486 | 484688 | KUEHNE & NAGEL INC | 05/07/07 |

SHIPPING MARKS:
KLAKO INTERNATIONAL LIMITED
PO EM413783
HONG KONG

| LINE | CATALOG NUMBER, PRODUCT LINE/DESCRIPTION | ORDERED | SHIPPED | NET PRICE/EA | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | JHD14T  JERDON 1400W DRAW.DRYER-PLUG I  JERDON 1400W DRAW.DRYER-PLUG I  HTS #8516.31  Country of Origin: CHINA | 528 | 528 | 10.95 | 5,781.60 |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to the U.S. law prohibited.

TOTAL US$   5,781.60



120 Lakeview Parkway
Vernon Hills, IL 60061

| CUSTOMER P/O NO. | |
|---|---|
| 18017490-VY1 | |
| INVOICE NUMBER | TRANS DATE |
| 1880766 | 05/14/07 |

Remit To:
**Focus Products Group LLC**
1818 Paysphere Circle
Chicago, Il 60674

## INVOICE

**BILL TO:** Acct #: H8359722
ROYAL CARIBBEAN CRUISES LTD
P.O. BOX 025545
MIAMI FL 33102
USA

**SHIPPED TO:** Store #:
ROYAL CARIBBEAN CRUISES LTD
2798 S.W. 32ND AVE
VOYAGER OF THE SEAS
PEMBROKE PARK FL 33023
USA

| DUE DATE | TERMS | ORDER NO. | PPS NO. | SHIP VIA | SHIP DATE |
|---|---|---|---|---|---|
| 06/13/07 | NET 30 DAYS | 320123 | 487149 | FEDEX GROUND (Small Parc | 05/11/07 |

| LINE | CATALOG NUMBER, PRODUCT LINE/DESCRIPTION | ORDERED | SHIPPED | NET PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | JHD14T | 12 | 12 | 14.00 | 168.00 |
| | JERDON 1400W DRAW.DRYER-PLUG I | | | | |
| | FREIGHT CHARGES | | | | 10.94 |

This is the last page.

USD

| TOTAL | 178.94 |
|---|---|







PAGE: 1



120 Lakeview Parkway
Vernon Hills, IL 60061

| CUSTOMER P/O NO. |  |
|---|---|
| 21011407AD1 |  |
| INVOICE NUMBER | TRANS DATE |
| 1899395 | 06/29/07 |

Remit To:
**Focus Products Group LLC**
1818 Paysphere Circle
Chicago, Il 60674

## INVOICE

**BILL TO:** Acct #: H8359722
ROYAL CARIBBEAN CRUISES LTD
P.O. BOX 025545
MIAMI FL 33102
USA

**SHIPPED TO:** Store #:
ROYAL CARIBBEAN CRUISES LTD
2798 S.W. 32ND AVE
ADVENTURE OF THE SEAS 954-965-7455
PEMBROKE PARK FL 33023
USA

| DUE DATE | TERMS | ORDER NO. | PPS NO. | SHIP VIA | SHIP DATE |
|---|---|---|---|---|---|
| 07/29/07 | NET 30 DAYS | 334468 | 506372 | OLD DOMINION FRT. | 06/29/07 |

| LINE | CATALOG NUMBER, PRODUCT LINE/DESCRIPTION | ORDERED | SHIPPED | NET PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | JHD14T | 102 | 102 | 14.00 | 1,428.00 |
|  | JERDON 1400W DRAW.DRYER-PLUG I |  |  |  |  |
|  | FREIGHT CHARGES |  |  |  | 95.68 |

This is the last page.

| | USD |
|---|---|
| TOTAL | 1,523.68 |







PAGE: 1



120 Lakeview Parkway
Vernon Hills, IL 60061

| CUSTOMER P/O NO |  |
|---|---|
| 18018468VY1 |  |
| INVOICE NUMBER | TRANS DATE |
| 1901621 | 07/10/07 |

Remit To:
**Focus Products Group LLC**
1818 Paysphere Circle
Chicago, Il 60674

# INVOICE

**BILL TO:**   Acct #: H8359722
ROYAL CARIBBEAN CRUISES LTD
P.O. BOX 025545
MIAMI FL   33102
USA

**SHIPPED TO:**   Store #:
CARIBBEAN LOGISTICS CENTER
2798 S.W. 32ND AVENUE
VOYAGER OF THE SEAS
PEMBROKE PARK FL   33023
USA

| DUE DATE | TERMS | ORDER NO. | PPS NO. | SHIP VIA | SHIP DATE |
|---|---|---|---|---|---|
| 08/09/07 | NET 30 DAYS | 336061 | 509329 | FEDEX GROUND (Small Parc | 07/10/07 |

| LINE | CATALOG NUMBER, PRODUCT LINE/DESCRIPTION | ORDERED | SHIPPED | NET PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1 | JHD14T | 48 | 48 | 14.00 | 672.00 |
|  | JERDON 1400W DRAW.DRYER-PLUG I |  |  |  |  |
|  | FREIGHT CHARGES |  |  |  | 43.76 |

This is the last page.

USD

  

| TOTAL | 715.76 |
|---|---|

    

PAGE:   1