**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

April 26, 2011

### LETTER ORDER

Re:   Susan Latronica, et al. v. Royal Caribbean Cruises, et al.
      **Civil Action No. 09-6148 (PGS-ES)**

Dear Counsel:

   Please be advised that a telephone conference has been scheduled for **May 19, 2011 at 10:30 a.m.** Counsel for **Defendant Royal Caribbean Cruises, Ltd., shall initiate the call** with the Court. Please mark your calendars accordingly and do not hesitate to contact Chambers should you have any questions.

   **SO ORDERED.**

                              *s/Esther Salas*
                              **Esther Salas, U.S.M.J**