IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SUSAN LATRONICA and MICHAEL LATRONICA,

                              Plaintiffs,

vs.

ROYAL CARIBBEAN CRUISES, LTD., ROYAL CARIBBEAN INTERNATIONAL, JERDON PRODUCTS, LLC, ELEC-TECH INTERNATIONAL CO. LTD, ORIENTAL UNIVERSE, JOHN DOE DEFENDANT #4, JOHN DOE DEFENDANT #5, and JOHN DOE DEFENDANTS #6 THROUGH #15,

                              Defendants.

Case No. 2:09-cv-06148

**AMENDMENT TO PRETRIAL SCHEDULING ORDER**

THIS MATTER having come before the Court for a status conference on May 25, 2010; and the parties having requested certain amendments to the discovery deadlines set forth in this Court's Pre-Trial Scheduling Order dated May 6, 2010 (the "Pre-Trial Order"), and the parties having jointly submitted to the Court certain proposed amended deadlines for pre-trial discovery; and for good cause show,

IT IS on this 7 day of June 2011,

**ORDERED** that:

1. <u>Fact Discovery</u>. Written discovery shall be completed by July 25, 2011. Fact discovery shall remain open through September 25, 2011. All fact witness discovery depositions must be completed by the close of fact discovery. No fact discovery is to be issued or engaged beyond that date, except upon application and for good cause shown.

2. <u>Expert Reports</u>. All affirmative expert reports shall be delivered by October 25, 2011. All responding expert reports shall be delivered by November 24, 2011.

3. The parties shall complete expert discovery, including depositions of all experts, no later than January 16, 2012.

4. <u>Status Conference</u>.  The parties shall participate in a telephonic status conference with the Court on September 19, 2011 at 11:00 A.m. to discuss status, a deadline for all discovery, and such other deadlines and modifications to the Pre-Trial Order as may be necessary or appropriate. Plaintiffs shall initiate the call.

5. <u>Pre-Trial Order</u>.  Except as set forth herein, or as may be ordered by the Court following the status conference referenced above, all other provisions of the Pre-Trial Order shall remain effective.

Esther Salas
United States Magistrate Judge