United States District Court
for the District of New Jersey

_____     :
                                                :
**SUSAN LATRONICA, et al**                      :
                                                :       Civil No. 09-6148
                    Plaintiff                   :
                                                :
               vs.                              :       Order of Reassignment
                                                :
**ROYAL CARIBBEAN CRUISES, LTD. et al**         :
                                                :
                    Defendant                   :
_____     :

It is on this 21st day of June, 2011

O R D E R E D that the entitled action is reassigned

from Judge Peter G. Sheridan to Judge Esther Salas.

                                                  S/Garrett E. Brown, Jr.
                                                  Garrett E. Brown, Jr., Chief Judge
                                                  United States District Court