**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

June 27, 2011

## LETTER ORDER

Re:   Susan Latronica, et al. v. Royal Caribbean Cruises, et al.
         **Civil Action No. 09-6148 (PGS)**

Dear Counsel:

Please be advised that a telephone conference has been scheduled for **September 19, 2011 at 11:00 a.m.** Plaintiff's counsel shall initiate the call. Should you have any questions, please call (973) 297-4887.

SO ORDERED.

*s/Esther Salas*
**Esther Salas, U.S.D.J**