United States District Court
for the District of New Jersey

_____ :
                                            :
**SUSAN LATRONICA, ET AL.**                 :
                                            :  Civil No. 09-6148
          Plaintiff                         :
                                            :
          vs.                               :  Order of Reassignment
                                            :
**ROYAL CARIBBEAN CRUISES, LTD., ET AL.**   :
                                            :
          Defendant                         :
_____ :

It is on this 19th day of July 2011,

O R D E R E D that the entitled action is reassigned

from Judge Esther Salas to Judge Claire C. Cecchi.

                              S/Garrett E. Brown, Jr.
                              Garrett E. Brown, Jr., Chief Judge
                              United States District Court