HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
(212) 839-7000
*Attorneys for Defendants*
*ROYAL CARIBBEAN CRUISES LTD., and*
*ROYAL CARIBBEAN INTERNATIONAL*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------x

SUSAN LATRONICA and MICHAEL LATRONICA

                    Plaintiffs,

vs.

ROYAL CARIBBEAN CRUISES LTD.,
ROYAL CARIBBEAN INTERNATIONAL,
JERDON PRODUCTS, LLC, ELEC-TECH
INTERNATIONAL CO. LTD, JOHN DOE
DEFENDANT #4, JOHN DOE DEFENDANT #5,
and JOHN DOE DEFENDANTS #6 thorough #15,

                    Defendants.

------------------------------------------------------------------x

Civil Action No.
2:09-cv-06148-CCC/JAD

**AMENDMENT TO
PRE-TRIAL
SCHEDULING ORDER**

THIS MATTER having come before the Court by a joint application of all parties; and the parties having requested certain amendments to the discovery deadlines set forth in this Court's Pre-Trial Scheduling Order dated June 7, 2011 (the "Pre-Trial Order"), and the parties having jointly submitted to the Court certain proposed amended deadlines for pre-trial discovery; and for good cause show,

IT IS on this 24th day of Oct., 2011,

**ORDERED** that:

1.    <u>Fact Discovery</u>. Written discovery shall be completed by November 30, 2011. Fact discovery shall remain open through December 31, 2011. All fact witness discovery depositions must be completed by the close of fact discovery. No fact discovery is to be issued or engaged beyond that date, except upon application and for good cause show.

{NY123852.1}

2. <u>Expert Reports</u>. All affirmative expert reports shall be delivered by January 31, 2012. All responding expert reports shall be delivered January 31, 2012.

3. The parties shall complete expert discovery by March 1, 2012, including depositions of all experts, no later than April 30, 2012.

4. <u>Telephone Status Conference</u>. The parties shall participate in a telephonic status conference with the Court on Dec. 19th, 2011 at 2:30 pm. to discuss status, a deadline for all discovery, and such other deadlines and modifications to the Pre-Trial Order as may be necessary or appropriate. Counsel for Plaintiff shall initiate the call to 973-645-2580.

5. <u>Pre-Trial Order</u>. Except as set forth herein, or as may be ordered by the Court following the status conference referenced above, all other provision of the Pre-Trial order shall remain effective.

_____
Joseph A. Dickson
United States Magistrate Judge

{NY123852.1}