# LAW OFFICE of
# JONATHAN R. WESTPY

50 MILLSTONE ROAD, BUILDING 300, SUITE 140, EAST WINDSOR, NJ 08520
Telephone: (609) 371-1533 • Facsimile: (877) 369-5792 • East Hanover Office: (973) 526-3700

*Not a Partnership or Professional Association*
*Employees of a Subsidiary of The Hartford Financial Services Group, Inc.*

| | |
|---|---|
| **Jonathan R. Westpy** | Lydia Kuhn |
| Randall S. Bruckman | David M. LaPorta |
| Angela E. Cameron | Nancy L. Musser |
| Deirdre M. Dennis | Kathleen Oates-Nies |
| David Everett | Kevin L. Shambaugh |
| Gina E. Fallon | Rustine Tilton |
| Edward G. Fattell | Venus Trifari |
| Michael Furda | Edward Tucker |
| Timothy R. Holman | Evert Van Kampen |
| Peter M. Kober | J.R. Peter Wilson |

December 5, 2011

Honorable Esther Sales
US Magistrate Judge
MLK Federal Building
50 Walnut Street
Newark, New Jersey 07102

Michell B. Seidman, Esq.
Seidman & Pincus, LLC
777 Terrace Avenue
Hasbrouck Heights, New Jersey 07604

Eric M. Underriner, Esq.
Hill, Betts & Nash, LLC
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281

   **RE: LATRONICA V. ROYAL CARIBBEAN CRUISES**
      **Case file no. 09-cv-6148**

Dear Judge Sales and Counsel:

Pursuant to the Initial Disclosure requirement of Rule 26 of the Federal Rules of Civil Procedures, Defendant Jerdon Products, LLC provides the following *supplemental* disclosure:

**B. A copy of or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody or control of the party that may be relevant to disputed facts alleged with particularity in the pleadings.**

Narrative Report of Gary Alweiss, M.D. dated September 8, 2010. as submitted by the office of Hill, Betts & Nash, LLP in their amendment to Rule 26(a)(1) disclosure dated October 21, 2011.

-2-

Defendant Jerdon Products, LLC reserves the right to amend this disclosure statement should additional documents become available.

                                          Very truly yours,
                                          Law Offices of Jonathan R. Westpy
                                          */s/ Deirdre M. Dennis*
                                          Deirdre M. Dennis

Direct dial:  (973) 526-3702
E-mail:  Deirdre.Dennis@thehartford.com

DMD:mr

cc:     A. Thompson/Shelton/YRVL63030