Mitchell B. Seidman, Esq. (MS 0894)
**SEIDMAN & PINCUS, LLC**
777 Terrace Avenue, Suite 508
Hasbrouck Heights, New Jersey 07604
Phone: (201) 473-0047
Fax:    (201) 288-7009
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN LATRONICA and MICHAEL LATRONICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ROYAL CARIBBEAN CRUISES, LTD., ROYAL CARIBBEAN INTERNATIONAL, JERDON PRODUCTS, LLC, ELEC-TECH INTERNATIONAL CO. LTD, ORIENTAL UNIVERSE, JOHN DOE DEFENDANT #4, JOHN DOE DEFENDANT #5, and JOHN DOE DEFENDANTS #6 THROUGH #15,<br><br>Defendants. | CIVIL ACTION NO. 2:09-cv-06148<br><br><br><br>**SCHEDULING ORDER** |

This matter having been opened to the Court at a conference on May 8, 2012, and the Court having addressed the status of this case with counsel at the conference, and good cause appearing for the entry of this Order based thereon,

IT IS on this 25th day of May, 2012,

1. **ORDERED**, that fact discovery be, and hereby is, extended for four months from the time of the May 8, 2012 conference up through and including September 10, 2012.

2. **ORDERED**, that within one month of September 10, 2012, by on or before October 12, 2012, Plaintiffs shall serve any liability report they obtain in this matter and any additional damages expert reports they obtain in this matter.

1
C:\Documents and Settings\keverly\Local Settings\Temporary Internet Files\Content.Outlook\4JLMX58E\Scheduling Order 5-9-12.doc

3. **ORDERED**, that within one month of October 12, 2012, by on or before November 12, 2012, Defendants shall serve any liability or additional damages expert reports they obtain in this case.

4. **ORDERED**, that within one month of November 12, 2012, by on or before December 12, 2012, the parties shall conduct any expert depositions they desire to take in this case.

5. **ORDERED**, that on or before the close of fact discovery on September 12, 2012, Plaintiffs may file a motion seeking to recover the legal fees, expenses, and other costs they incurred by reason of the Defendant Jerdon Products, LLC initially identifying the wrong manufacturer of the product which is the subject of this products liability case.

6. **ORDERED**, that a further status conference [in person] shall be held before the Court within approximately sixty days of the May 8, 2012 conference, the further status conference to take place on July 12, 2012 @ 11:30 AM.

_____  5/21/12        _____  5/16/12
Mitchell B. Seidman, Esq.    Dated      Kyle G. Everly, Esquire    Dated
Seidman & Pincus, LLC                   Segal McCambridge Singer & Mahoney, Ltd.
777 Terrace Avenue, Suite 508           1818 Market Street, Suite 2600
Hasbrouck Heights, NJ 07604             Philadelphia, PA 19103
Phone: 201-473-0047                     Phone: 215-972-8015
Fax:   201-288-7009                     Fax:   215-972-8016
*Attorneys for Plaintiffs*              *Attorneys for Jerdon Products, LLC*

_____  5/16/2012
Gordon S. Arnott, Esq.   Dated
Hill, Betts & Nash, LLP
One World Financial Center
200 Liberty Street
New York, NY 10281
Phone: 212-839-7000
Fax:   212-466-0514
*Attorneys for Royal Caribbean Cruises, Ltd.,
and Royal Caribbean International*

_____
JOSEPH DICKSON, U.S.M.J.

2

C:\Documents and Settings\keverly\Local Settings\Temporary Internet Files\Content.Outlook\4JLMX58E\Scheduling Order 5-9-12.doc