UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **SUSAN LATRONICA, ET AL.,** | : | |
| | : | Civil No. 09-6148 (CCC) |
| **Plaintiff(s),** | : | |
| v. | : | |
| | : | **ORDER APPOINTING MEDIATOR** |
| **ROYAL CARIBBEAN CRUISES, LTD., ET AL.,** | : | |
| **Defendant(s),** | : | |

This matter having come before the Court; and it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties;

**IT IS** on this 3rd day of September, 2013

**ORDERED THAT:**

1. This civil action be and hereby is referred to mediation.

2. Counsel and the parties shall participate in mediation and shall cooperate with the mediator:  **Louis H. Miron, Esq., 220 Lenox Avenue, P.O. Box 2956, Westfield, NJ 07901.**

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator.

4. Upon receipt of this Order, the parties shall contact the Mediator to schedule the mediation.

        *s/Claire C. Cecchi*
        **HON. CLAIRE C. CECCHI**
        United States District Judge