HILL, BETTS & NASH LLP
One World Financial Center
200 Liberty Street
26th Floor
New York, New York 10281

*Attorneys for Royal Caribbean
Cruises, LTD and Royal Caribbean International*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------x
SUSAN LATRONICA and MICHAEL LATRONICA

                        Plaintiffs,

    vs.

ROYAL CARIBBEAN CRUISES LTD.,
ROYAL CARIBBEAN INTERNATIONAL,
JERDON PRODUCTS, LLC, ELEC-TECH
INTERNATIONAL CO. LTD, JOHN DOE
DEFENDANT #4, JOHN DOE DEFENDANT #5,
and JOHN DOE DEFENDANTS #6 thorough #15,

                        Defendants.
------------------------------------------------------------------x

Civil Action No.
2:09-cv-06148-PGS-ES

**ORDER ADMITTING
GREGORY O'NEILL
PRO HAC VICE**

This matter having come before the Court by Defendant, ROYAL CARIBBEAN CRUISES LTD. and ROYAL CARIBBEAN INTERNATIONAL through its attorneys Hill Betts & Nash LLP, on notice to Seidman & Pincus, LLC, Attorney for Plaintiff, for an Order under L.Civ. R. 101.1(c) admitting Gregory O'Neill *pro hac vice*, and the Court having considered the application, and for good cause shown,

IT IS ON THIS __3__ DAY OF ~~September~~ *October*, 2013, ORDERED THAT:

1. Gregory O'Neill, a member in good standing of the Bar of the State of New York, and admitted to practice before the United States District Court for the Southern and Eastern Districts of New York, be allowed to specially appear and participate as

counsel *pro hac vice* in the above-captioned matter, pursuant to L. Civ. R. 101.1 of the United States District Court for the District of New Jersey; and

2. Gregory O'Neill will, throughout the course of these proceedings, remain associated in this matter with Gordon S. Arnott, who is an attorney at law of the State of New Jersey duly qualified to practice pursuant to New Jersey State Court Rule 1:21-1 and who is admitted to practice before the United States District Court for the District of New Jersey; and

3. Gregory O'Neill will and must:

   a. Contribute to the New Jersey Lawyers' Fund for client Protection under L.Civ. R. 101(c)(2), which directs that such contributions be made in accordance with New Jersey State Court Rules 1:2802(a);

   b. Submit herself to the disciplinary jurisdiction of this Court, as required under L. Civ. R. 101(c)(4);

   c. Notify the Court immediately of any matter affecting her standing at the Bar of any other Court; and

   d. Have all pleadings, briefs, and other papers filed with the Court signed by the attorney of law admitted to this Court; and

   e. Pay a fee of $150.00 to the Clerk, United States District Court for admission to appear *pro hac vice*.

SO ORDERED

MARK FALK, U.S.M.J.