**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

April 8, 2014

## LETTER ORDER

Re:   <u>Latronica, et al. v. Royal Caribbean Cruises, Ltd., et al.</u>
        Civil Action No. 09-6148 (CCC)

Dear Counsel:

As the parties are aware, the above-captioned matter has been transferred from the Honorable Mark Falk, U.S.M.J. to the undersigned. The Court is aware that on September 3, 2013, this matter was referred to mediation. By way of this Order, the parties are hereby instructed to submit a brief joint status letter on the progress of the parties' mediation efforts by **April 16, 2014**. Counsel shall include a brief outline of the history of the case, as well as the parties' proposal moving forward, if necessary.

**IT IS SO ORDERED.**

                                                                                    s/ James B. Clark, III
                                                                **JAMES B. CLARK, III**
                                                                **United States Magistrate Judge**