

Kyle G. Everly, Esquire
Direct: (215) 399-2017
keverly@smsm.com
*Also Admitted in Pennsylvania*

April 17, 2014

**VIA ELECTRONIC FILING**

Honorable James B. Clark, III
United States District Court
District of New Jersey
2 Federal Square, Room 369
Newark, NJ 07101

    Re:    **Susan Latronica and Michael Latronica v. Royal Caribbean Cruises, Ltd., et al.**
            **United States District Court for the District of New Jersey (Newark Vicinage)**
            **Civil Action No.: 2:09-cv-06148-CCC**
            **Our File No.: 8249.1168**

Dear Judge Clark:

    This office represents the interests of Defendant, Jerdon Products, LLC ("Jerdon"), in the above-referenced matter. By way of automated electronic notice, we are in receipt of this Court's letter of April 8, 2014, requesting a joint status letter of the parties. Please be advised that on or about September 12, 2012, Jerdon and Plaintiff reached a Settlement Agreement pertaining to Plaintiffs' claims against our client. Given the aforementioned settlement, Jerdon is no longer actively involved in this matter. As such, we respectfully request that Jerdon be removed from the electronic notification list for this matter.

    Thank you for your attention to this matter.

                                          Respectfully,

                                          Kyle G. Everly

KGE/
cc:    Mitchell B. Seidman, Esquire (via regular mail)
       Gordon S. Arnott (via regular mail)