UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SUSAN LATRONICA, et al.,** | Civil Action No. 09-6148 (DMC) |
| Plaintiffs, | |
| v. | |
| **ROYAL CARIBBEAN CRUISES LTD., et al.,** | **ORDER REFERRING MATTER TO ARBITRATION TRACK** |
| Defendants. | |

**THIS MATTER** having come before the Court by way of a joint status letter dated April 18, 2014 submitted by all parties; and this matter having been referred to mediation on September 3, 2013; and the parties having indicated that mediation was unsuccessful; and the Court noting that this matter was placed into the arbitration track pursuant to L.Civ.R. 201.1(d)(1); and it appearing to the Court that this matter has not yet been referred to arbitration; and for good cause shown,

**IT IS** this **25th** day of **April, 2014**, hereby

**ORDERED** that the above-captioned matter be referred to arbitration; and it is further

**ORDERED** that the parties submit a joint letter apprising the Court of the arbitration status no later than **July 25, 2014**.

s/James B. Clark, III
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**