**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

September 17, 2014

**LETTER ORDER**

Re:   **Latronica v. Royal Caribbean Cruises, Ltd., et al.**
      **Civil Action No. 09-6148** (CCC)

Dear Counsel:

As discussed during the status telephone conference held in this matter earlier today, the Court shall conduct an in-person settlement conference on **October 30, 2014 at 1:30 P.M.** All counsel, clients and adjusters with full settlement authority shall be present, in-person at the conference. Not later than **October 27, 2014**, the parties are to submit separate confidential *ex parte* settlement letters not to exceed five (5) pages. Such letters are not to be filed, but are to be sent directly to Chambers. The letters shall discuss the parties' positions on settlement and shall address any other outstanding issues in the litigation including, *inter alia,* the disagreement regarding the liability stipulation the parties entered into earlier in this litigation.

**IT IS SO ORDERED.**

      s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**