# SEIDMAN & PINCUS, LLC
### ATTORNEYS AT LAW
777 TERRACE AVENUE, SUITE 508
HASBROUCK HEIGHTS, NEW JERSEY 07604
(201) 473-0047   FAX: (201) 288-7009

MEMBERS:
MITCHELL B. SEIDMAN*
E-MAIL: ms@seidmanllc.com
ANDREW J. PINCUS*
E-MAIL: ap@seidmanllc.com

OF COUNSEL:
LANI D'AGOSTINO −
E-MAIL: ld@seidmanllc.com
REENA FORST +
E-MAIL: rf@seidmanllc.com
PHYLLIS BARKER °
E-MAIL: pb@seidmanllc.com

ADMISSION:
* MEMBER OF NJ & NY BAR
+ MEMBER OF NJ, NY & DC BAR
° MEMBER OF NJ & CA BAR
− MEMBER OF NJ BAR

October 27, 2014

**VIA FAX AND REGULAR MAIL**
U.S. Magistrate Judge James B. Clark, III
United States District Court
District Court of New Jersey
MLK Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  Susan Latronica *et al.* vs. Royal Caribbean Cruises, Ltd. *et al.*
     Civil Action No. 2:09-cv-06148-CCC

Dear Magistrate Judge Clark:

I represent the Plaintiffs in this case. I am and have been lead trial counsel for the Plaintiffs from the inception of this case to date. The case is set for a settlement conference before Your Honor this Thursday, October 30, 2014 at 1:30 p.m., with confidential settlement letters to be submitted to Your Honor ahead of time. Unfortunately, I need to request an approximate three to four week adjournment of the settlement conference because I have been reached for trial before Judge Charles Powers in the Superior Court of New Jersey, Law Division, Bergen County, in the matter styled Jayne Barrett v. Bergen Regional Medical Center, et al., docket no. BER-L-385-11 in that Court. Jury selection starts tomorrow morning, and it is anticipated that the trial will last two to three weeks. Hence, I will be unavailable for our settlement conference in the captioned matter, and must respectfully request an approximate three to four week adjournment of same (as well as a corresponding adjournment of the confidential settlement letters to be submitted to Your Honor). I look forward to hearing from Your Honor with respect to this adjournment request. Thank you.

*[Handwritten: The settlement conference is adjourned to January 7, 2015 @ 2:00pm. Settlement memoranda due by January 2, 2015.]*

Respectfully yours,

Mitchell B. Seidman

MBS/tf
cc:  Gregory W. O'Neill, Esq. (via email and reg. mail)

*[Handwritten: There will be no further adjournments absent good cause]*

SO ORDERED
s/James B. Clark
James B. Clark, U.S.M.J.
Date: 10/28/14