**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

January 7, 2015

## LETTER ORDER

Re:   **Latronica v. Royal Caribbean Cruises, Ltd., et al.**
      **Civil Action No. 09-6148** (CCC)

Dear Counsel:

As discussed during the in-person settlement conference held earlier today in this matter, Plaintiff is hereby granted leave to file a motion to serve a new/amended expert medical report. The briefing schedule on the motion shall be as follows:

1. Plaintiff shall file the aforementioned motion to serve the expert report, with all supporting papers, no later than **February 6, 2015**.

2. Defendant's response shall be filed by **February 27, 2015**.

3. Plaintiff's reply shall be limited the three (3) pages, single spaced, and shall be filed by **March 6, 2015**.   The Court will advise the parties if oral argument is necessary.

**IT IS SO ORDERED.**

          s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**